EXHIBIT 1



Three Fifty Markets Ltd<br>
Forest Road<br>
Ilford IG6 3HQ<br>
United Kingdom<br>
Email: team@threefiftymarkets.com<br>
https://www.threefiftymarkets.com

To:

**MV ELEEN EVA and/or master and/or owners and/or charterers and/or managers and/or operators and/or OCM MARITIME AMAZON LLC and/or**

**AUM Scrap and Metals Waste Trading LLC**
**18th Floor, Office 1829**
**Burjuman Business Tower, DUBAI**

## ORDER CONFIRMATION

We hereby confirm the following order:

| | |
|---|---|
| Deal Reference | **#1057** |
| Vessel | **MV ELEEN EVA (IMO: 9527415)** |
| Port | **Gibraltar** |
| ETA | **12 November 2022** |
| Buyer | **AUM Scrap and Metals Waste Trading LLC and/or Owner and/or Master of Vessel ELEEN EVA** |
| Seller | **Three Fifty Markets Ltd.** |
| Credit Terms | **30 days after delivery [30ddd]** |
| Grades/Quantities | **925.000 MT VLSFO (max 0.50% sulphur)**<br>**10.000 MT LSMGO (max 0.10% sulphur)** |
| Price | **VLSFO: USD 755.00 per MT**<br>**LSMGO: USD 1,215.00 per MT** |
| Delivery Method | **Barge** |
| Remarks | **N/A** |

We thank you for this order.

Best Regards,

**Three Fifty Markets Ltd.**



**Additional Terms**

a) The buyer hereby warranties and undertakes that the vessel is subject to International Maritime Navigation (when the voyage of said navigation vessel corresponds to more than the 50% of the amount of the voyages done during the period of the natural year when those operations where done) in accordance with what it is established in the present Canary IGIC regulation (Art. 12 of Law 20/91 dated 7th July of 1991, Art.148 Directive 2006/112 EC) and therefore it is exempt of IGIC Tax.

b) Please note that Three Fifty Market Ltd's General Terms and Conditions of Sale ("GTCS") will apply to this contract, a copy of which is available on request. Where Three Fifty Markets Ltd is not the Physical Supplier, the terms of the Physical Supplier are available upon request. Failure to request the terms & conditions of the physical supplier shall be taken as confirmation by the Buyer that it is aware of and accepts the terms & conditions of the Physical Supplier.

c) The Buyer warrants and represents that the Vessel is employed at all times in full compliance with all trade sanctions, foreign trade controls, export controls, non-proliferation, anti-terrorism and similar laws, regulations, decrees, ordinances, orders, demands, requests, rules or requirements issued or enacted by the United States of America, the United Nations, the European Union and/or Singapore ("Trade Sanctions").

d) In particular, the Buyer warrants and represents that:

(i) Neither the Buyer nor the Vessel are included on the Specially Designated Nationals and Blocked Persons List published and amended from time to time by OFAC or the equivalent lists published by the European Union and Singapore (collectively, "Sanctions Lists");

(ii) Neither the Buyer nor the Vessel are owned or controlled or acting for or on behalf of any individual or entity which is included on any Sanctions List;

(iii) No individual or entity with any interest in any cargo on board the Vessel is included on any Sanctions List; and

(iv) Every cargo carried on board the Vessel can be loaded, carried and discharged without infringing any Trade Sanctions.

Each of (i)-(iv) above shall be known as the "Sanctions Warranties"

e) The Buyer shall at the request of the Seller, provide bills of lading, seaway bills or other applicable documentation evidencing carriage of any cargo on board the Vessel (the "Relevant Documentation").

f) If in the reasonable opinion of the Seller the Sanctions Warranties provided by the Buyer are inaccurate or the Buyer fails to provide the Relevant Documentation there is a risk that payment by the Buyer for any invoiced amount under the Contract may be delayed and/or confiscated by any bank, financial institution, regulator or governmental entity the Seller shall be entitled to:

(i) Terminate the Contract without liability; or

(ii) Change the currency of the Contract to a currency other than United States Dollars.

g) The Seller shall not be obliged to perform any obligation otherwise required by the Contract including any obligation to perform, deliver, accept, sell, purchase, pay or receive monies to, from, or through a person or entity, or engage in any other acts if this would be in violation of, inconsistent with, or expose the Seller to punitive measures under, any Trade Sanctions.

h) The Buyer shall indemnify and hold the Seller harmless for non-compliance by the Buyer or the Vessel of the Additional Terms set out above, insofar as they relate to Trade Sanctions.

i) Where the Buyer has ordered Marine Fuels above the sulphur limits set out in the MARPOL Annex VI but fails to provide upon Seller's request either (i) an Abatement Technology Notification in accordance with Three Fifty Markets Ltd GTCS, or (ii) a valid Fuel Oil Non-Availability Report (FONAR), then Seller shall not be obliged to perform the delivery and shall be entitled in its sole discretion to terminate the Contract with immediate effect upon notice to the Buyer, and the Buyer shall indemnify the Seller in accordance with Three Fifty Markets Ltd GTCS.

j) If the above-listed Vessel IMO number is incorrect, the Buyer shall immediately, but in any event no later than one (1) business day from receipt of the Confirmation, advise the Seller in writing of the correct Vessel IMO number.