# EXHIBIT 3



**Head Office:** Peninsula Petroleum Limited
2 Shelbourne Buildings, Shelbourne Road
Ballsbridge, Dublin, Dublin 7, Republic of Ireland
Tel: +353(0) 1 668 7330  Fax: +353(0) 1 668 7331
Email: bunkers@peninsula360.com
www.peninsula360.com

## BUNKER DELIVERY NOTE

| BDN Nº: | |
|---|---|

| DEPENDENCIA SUMINISTRADORA / BUNKER INSTALLATIONS | N.I.F. | Nº C A E | FECHA SUMINISTRO / DELIVERY DATE |
|---|---|---|---|
| EVOS ALGECIRAS, S.A.U. | A-84312024 | ES00011H7012Q | 15/11/2022 |

| PORT / PUERTO | PUNTO DE ENTREGA / SUPPLY POINT | Nº RECIBO / RECEIPT Nº |
|---|---|---|
| GIBRALTAR | FONDEO | 218674 |

| NOMBRE DEL BUQUE / VESSEL'S NAME | Nº IMO / IMO NUMBER | BANDERA / FLAG | PUERTO DE MATRICULA / PORT OF REGISTER |
|---|---|---|---|
| ELEEN EVA | 9527415 | PANAMA | PANAMA |

| DESTINATION | PAIS / COUNTRY | ARMADOR / OWNER | ACTIVIDAD / ACTIVITY |
|---|---|---|---|
| MUNDRA | INDIA | OCM MARITIME AMAZON | |

| CLIENTE / CUSTOMER | N.I.F. | CONSIGNATARIO / PORT AGENT | 1 - N.I.F. |
|---|---|---|---|
| PENINSULA PETROLEUM LIMITED | IE6398557E | INCHCAPE | A48112106 |

| BARGES X 001 | BARGES B.STAR IMO No 9381639 | PIPE LINE 002 | TANK TRUCK 003 | OTHERS 004 |
|---|---|---|---|---|

| PRODUCTS / PRODUCTOS CODIGO ADUANERO / CN CODE | SUBJECT EPIGRAFE | SUPPLIED QUANTITIES CANTIDADES SUMINISTRADAS | | DENSITY DENSIDAD (kg./ m³ @ 15ºC [in air) | VISCOSITY cSt VISCOSIDAD cSt | %SULPHUR % AZUFRE (% m/m) | FLASH POINT ºC INFLAMABILIDAD ºC |
|---|---|---|---|---|---|---|---|
| | | MT | m³ @ 15ºC | | | | |
| VLSFO | | 905.004 | 961.850 | 0.9420 | 54.0 | 0.49 | 71.0 |
| M.G.O. | | 9.298 | 12.864 | 0.8755 | 5.852 | 0.079 | 85.0 |

**Declaration of Supplier's Representative:**
The supplier or its representative certify that the fuel oil supplied is in conformity with regulation 18.3 of MARPOL Annex VI and that the sulphur content of the fuel oil supplied does not exceed:

[X] 0.5% m/m as per the limit value given by regulation 14.1 of MARPOL Annex VI;

[X] 0.10% m/m as per the limit value given by regulation 14.4 of MARPOL Annex VI; or

[ ] the purchaser's specified limit value of _____ (% m/m) in compliance with regulation 4 or regulation 3.2 of MARPOL Annex VI.

### TIME SHEET

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCKED / ANCHORED | 2022 | 11 | 14 | 20 | 12 | COMPLETED | 2022 | 11 | 15 | 3 | 30 |
| CONNECTED | 2022 | 11 | 14 | 22 | 15 | DISCONNECTED | 2022 | 11 | 15 | 5 | 45 |
| COMMENCED | 2022 | 11 | 14 | 23 | 6 | BARGE / TRUCK OVERTIME | | HORAS / HOURS | | MINUTOS / MINUTES | |

### BLENDING

| | Tm OF | | | | Tm OF | |
|---|---|---|---|---|---|---|
| I F O cSt | Tm OF | | I F O cSt | | Tm OF | |
| | Tm OF | | | | Tm OF | |

Recibida la/s cantidad/es indicada/s para consumo en buque que no realiza navegación privada de recreo, junto con la/s muestra/s representativa/s y Marpol del/de los producto/s.
Received on board the stated quantity/ies to be used as bunker in commercial shipping, together with representative and Marpol sample/s.

FIRMA DEL CAPITAN Y SELLO DEL BUQUE / MASTER'S SIGNATURE AND VESSEL'S STAMP

FIRMA RESPONSABLE SUMINISTRO / SUPPLIER'S REPRESENTATIVE SIGNATURE CARGO OFFICER

IFTIME DRAGOS

| | VLSFO | MGO | REMARKS |
|---|---|---|---|
| SHIP'S SAMPLE SEAL NUMBER | 312944 | 312947 | |
| BARGE RETAINED SAMPLE SEAL NUMBER | 312945 | 312948 | |
| BARGE RETAINED SAMPLE SEAL NUMBER | 312946 | 312949 | |
| MARPOL 73/78 SAMPLE - SEAL NUMBER (MANIFOLD SAMPLE) | 195001 | 221709 | |
| MARPOL 73/78 SAMPLE - SEAL NUMBER (BARGE RETAINED SAMPLE) (*See Below) | 195002 | 221710 | |
| EXTRA SAMPLE PRECINTO NUMERO / SEAL NUMBER | | | * Extra sample to be taken in case that required. |
| EXTRA SAMPLE PRECINTO NUMERO / SEAL NUMBER | | | * Extra sample to be taken in case that required. |

* Required by Gibraltar Bunkering Code Of Practice.