EXHIBIT 4



**Three Fifty Markets Ltd.**
Forest Road, Ilford, United Kingdom, IG6 3HQ
UK Company Number 14170259

**NEW INVOICE**
**#INV-1057**

Bill To:

**MV ELEEN EVA and/or master and/or owners and/or charterers and/or managers and/or operators and/or OCM MARITIME AMAZON LLC and/or**

**AUM Scrap and Metals Waste Trading LLC**
18th Floor, Office 1829
Burjuman Business Tower, DUBAI

| | |
|---|---|
| Delivery Date: | 15 November 2022 |
| Payment Terms: | 30DDD |
| Due Date: | **15 December 2022** |
| Balance Due: | **US$694,575.09** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| ELEEN EVA (IMO: 9527415)<br>Gibraltar 15-Nov-2022<br>905.004 MT VLSFO max 0.50% sulphur | 905.004 MT | $755.00/MT | **US$683,278.02** |
| ELEEN EVA (IMO: 9527415)<br>Gibraltar 15-Nov-2022<br>9.298 MT LSMGO max 0.10% sulphur | 09.298 MT | $1215.00/MT | **US$11,297.07** |

Total: **US$694,575.09**

**Bank Details:**

Bank: National Westminster Bank Plc
Bank Address: 250 Bishopsgate, London EC2M 4AA, United Kingdom
USD Account Number: ▌
IBAN: GB25 NWBK 6073 0156 3087 36
Swift Code: NWBKGB2L
Currency: USD
Beneficiary name: Three Fifty Markets Ltd
Beneficiary Address: Forest Road, Ilford, IG6 3HQ, United Kingdom

Correspondent Bank: JP Morgan Chase
Correspondent SWIFT/BIC: CHASUS33
Correspondent Address: 4 New York Plaza, NY 10004, New York, United States of America

Kindly quote the **Invoice Number** as the reference for any payment.
Payment should be sent in the currency listed above.
All bank charges for sender's account.

Three Fifty Markets Ltd. General Terms & Conditions of Sale (GTCS) to apply.