EXHIBIT 5



Ishaan Hemnani &lt;ishaan@bunker-ex.com&gt;

### Re: ARGOS M & ESRA C / Three Fifty Markets outstanding invoices & interest invoice
1 message

**Accounts Payable** &lt;accounts.payable@shimsupa.de&gt;      4 January 2023 at 05:16
To: Dean Tennant &lt;dean@bunker-ex.com&gt;
Cc: Anna Aum &lt;anna@aum-metals.com&gt;, annamalai Subbiah &lt;anna@shimsupa.de&gt;, Biju aum &lt;biju@aum-metals.com&gt;, Vineeth nambiar &lt;vineeth@shimsupa.de&gt;, Capt Fahim Shamsi &lt;shamsi@aum-metals.com&gt;, Ishaan Hemnani &lt;ishaan@bunker-ex.com&gt;, Jeyalakshmi Ravi &lt;jeya@shimsupa.de&gt;

Dear Sir,

Thank you for your email, we acknowledge the receipt of your email and we will arrange the payment as soon as possible. Kindly share the below highlighted interest invoices till 3rd of Jan.

**ESRA C**
Due 28-Oct-22 (67 DAYS OVERDUE): $382,550.00
INTEREST TO 3 JAN 2023: $16,853.16

**ARGOS M**
Due 10-Nov-22 (54 DAYS OVERDUE): $629,600.00
INTEREST TO 3 JAN 2023: $22,355.11

**ELEEN EVA**
Due 15-Dec-22 (19 DAYS OVERDUE): $694,575.09
INTEREST TO 3 JAN 2023: $8,677.43

**EVER SUCCESS**
Due 31-Jan-23 (in 27 days): $759,958.96

TOTAL: $2,514,569.76
TOTAL OVERDUE: $1,754,610.80

Regards
Vineeth
Shimsupa GmbH

> On Tue, 3 Jan 2023 at 20:04, Dean Tennant &lt;dean@bunker-ex.com&gt; wrote:
>
> Anna - Biju - Vineeth / Dean
> cc: Ishaan - Fahim
>
> Good day,
>
> Please see below / attached from Three Fifty Markets and please acknowledge receipt.
>
> --qte--
>
> Please find attached invoice #INV-1064 and BDNs for the EVER SUCCESS in Vizag on 01 Jan 2023.
>
> The due date is **31-Jan-2023**.
>
> Please note we now have a total of **$2,514,569.76** due from AUM Scrap and Metals Waste Trading LLC (**$1,754,610.80** of which is OVERDUE and accumulating interest).
>
> We are expecting a payment of **$945,000.00** today and need to see funds and/or SWIFT urgently.

A full account of the outstandings is as follows:

**ESRA C**
Due 28-Oct-22 (67 DAYS OVERDUE): $382,550.00
INTEREST TO 3 JAN 2023: $16,853.16

**ARGOS M**
Due 10-Nov-22 (54 DAYS OVERDUE): $629,600.00
INTEREST TO 3 JAN 2023: $22,355.11

**ELEEN EVA**
Due 15-Dec-22 (19 DAYS OVERDUE): $694,575.09
INTEREST TO 3 JAN 2023: $8,677.43

**EVER SUCCESS**
Due 31-Jan-23 (in 27 days): $759,958.96

**TOTAL: $2,514,569.76**
**TOTAL OVERDUE: $1,754,610.80**

We have been supportive till now but our patience is running out.

Regards,

--unqte--

Best regards,

**Dean Tennant**
BunkerEx Limited

Tel: **+44 (0) 20 8146 6331** | Mob: **+44 (0) 7534 580 485** | Email: **dean@bunker-ex.com**
Skype: **deantennant14** | Website: **www.bunker-ex.com**
BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT
**Track physical delivered bunker prices in real-time**

BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.

Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Please consider your environmental responsibilities before printing this email.

On Mon, 26 Dec 2022 at 10:04, Dean Tennant <dean@bunker-ex.com> wrote:
> Anna - Biju / Dean
>
> Good morning,
>
> Please see below from **Three Fifty Markets** regarding the **3 outstanding invoices;**
>
> **ESRA C #INV-1052**
> **ARGOS M #INV-1054**
> **ELEEN EVA #INV-1057**
>
> --qte--
>
> Yet another week has passed with no payment, but I understand from Ishaan their banking issues are getting resolved.
>
> We are prepared to be patient and support them, but need to charge interest on the money outstanding.
>
> Please find the revised interest invoice for the ESRA C (#INV-1052) and ARGOS M (#INV-1054) attached as of Week Commencing 26-Dec-2022 (to next Friday).
>
> The total amount due is **US $1,048,696.18**.

Note we have not been charging interest yet on the ELEEN EVA (#INV-1057) which is now 8 days overdue. If we include that then total outstanding to us is **US $1,743,271.27**

Kind regards,

--unqte--

**Dean Tennant**
BunkerEx Limited

Tel: **+44 (0) 20 8146 6331** | Mob: **+44 (0) 7534 580 485** | Email: **dean@bunker-ex.com**
Skype: **deantennant14** | Website: **www.bunker-ex.com**
BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT
**Track physical delivered bunker prices in real-time**

BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.

Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Please consider your environmental responsibilities before printing this email.

On Tue, 20 Dec 2022 at 09:26, Dean Tennant <dean@bunker-ex.com> wrote:
> Anna - Biju / Dean
> cc: Fahim - Ishaan
>
> For your easy reference, please find both original invoices for (ARGOS M / ESRA C) and the latest interest invoice.
>
> **TOTAL PAYABLE: US$ 1,044,037.52**
>
> They are expecting payment in FULL today.
>
> Waiting swifts from you asap.
>
> Best regards,
>
> **Dean Tennant**
> BunkerEx Limited
>
> Tel: **+44 (0) 20 8146 6331** | Mob: **+44 (0) 7534 580 485** | Email: **dean@bunker-ex.com**
> Skype: **deantennant14** | Website: **www.bunker-ex.com**
> BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT
> **Track physical delivered bunker prices in real-time**
>
> BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.
>
> Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.
>
> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
>
> Please consider your environmental responsibilities before printing this email.
>
> On Mon, 19 Dec 2022 at 11:36, Dean Tennant <dean@bunker-ex.com> wrote:
>> Anna - Biju / Dean
>> cc: Fahim - Ishaan
>>
>> Please find attached the updated interest invoice for the ESRA C and ARGOS M.
>>
>> Best regards,
>>
>> **Dean Tennant**

BunkerEx Limited

**Tel: +44 (0) 20 8146 6331 | Mob: +44 (0) 7534 580 485** | Email: dean@bunker-ex.com

Skype: **deantennant14** | Website: www.bunker-ex.com

BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT

Track physical delivered bunker prices in real-time

BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.

Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Please consider your environmental responsibilities before printing this email.

On Tue, 13 Dec 2022 at 12:14, Dean Tennant <dean@bunker-ex.com> wrote:
> Anna - Biju / Dean
> cc: Fahim - Ishaan
>
> Given the repeated delays, please see the revised interest invoice for the ESRA C and ARGOS M attached.
>
> Regards,
>
> **Dean Tennant**
> BunkerEx Limited
>
> **Tel: +44 (0) 20 8146 6331 | Mob: +44 (0) 7534 580 485** | Email: dean@bunker-ex.com
>
> Skype: **deantennant14** | Website: www.bunker-ex.com
>
> BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT
>
> Track physical delivered bunker prices in real-time
>
> BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.
>
> Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.
>
> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.
>
> Please consider your environmental responsibilities before printing this email.

On Wed, 7 Dec 2022 at 19:42, Dean Tennant <dean@bunker-ex.com> wrote:
> Anna - Biju / Dean
> cc: Fahim - Ishaan
>
> Good day,
>
> As expected we have received the interest invoice from **Three Fifty Markets** for both stems which will be **42 and 29 days overdue** as of Friday 9th December.
>
> I suggest this is paid along with the principle amount to count on their continued support and credit line for future stems.
>
> I have also included the original invoices for your easy reference.
>
> Best regards,
>
> **Dean Tennant**
> BunkerEx Limited
>
> **Tel: +44 (0) 20 8146 6331 | Mob: +44 (0) 7534 580 485** | Email: dean@bunker-ex.com
>
> Skype: **deantennant14** | Website: www.bunker-ex.com
>
> BunkerEx Limited (Company No. 10229926), 85 Great Portland Street, London, W1W 7LT
>
> Track physical delivered bunker prices in real-time

BunkerEx Limited acts as brokers only and therefore accepts absolutely no liability for a transaction, but is merely a facilitator. BunkerEx may attempt to assist in resolving a dispute or claim, but on the understanding that they carry no liability whatsoever.

Transactions may be agreed over the telephone or in writing, by fax transmission, electronically or by email. Telephone conversations may be recorded and such recordings may be used as evidence in the event of a dispute. Full terms can be viewed on our website.

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential. BUNKEREX LIMITED does not accept legal or financial responsibility for the content of this message. Any views or opinions presented or expressed are those of the author. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Please consider your environmental responsibilities before printing this email.

--
Regards
Vineeth
Shimsupa GmbH