

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| THREE FIFTY MARKETS LTD. | § § | |
| V. | § § | CIVIL ACTION NO. H-23-2392 |
| M/V ELEEN EVA | § § | |

## **NOTICE OF CANCELLATION**

     This case has been **CANCELLED** for the following before Senior United States District Judge Sim Lake until further notice:

### INITIAL SCHEDULING CONFERENCE

Date:        September 29, 2023

Time:        2:00 p.m.

Place:        515 Rusk
                    Courtroom 9-B, 9th Floor
                    Houston, Texas

To:          All Parties of Record

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

July 6, 2023