## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **THREE FIFTY MARKETS LTD.,** | § | |
| | § | |
| Plaintiffs, | § | NO. 4:23-cv-02392 |
| v. | § | |
| | § | **ADMIRALTY** |
| **M/V ELEEN EVA, her tackle, furniture,** | § | |
| **apparel, appurtenances, etc.,** *in rem*, *et al.* | § | |
| | § | |
| **Defendant.** | § | |

### EE SHIPPING CORP.'S VERIFIED STATEMENT OF
### INTEREST PURSUANT TO RULE C(6)(A)

TO THE HONORABLE JUDGE OF SAID COURT:

EE SHIPPING CORP., by and through undersigned counsel, hereby specially appears and makes a limited appearance pursuant to Supplemental Admiralty Rule E(8) of the Federal Rules of Civil Procedure, as owner of the M/V ELEEN EVA (the "Vessel") and makes claim to the Vessel, her tackle, furniture, apparel, appurtenances, etc., in connection with these proceedings and pursuant to Supplemental Admiralty Rule C(6), with a full reservation of all rights and defenses, verifies that it is and was the owner of the Vessel at all pertinent times.

Consistent with Supplemental Admiralty Rule C(6)(a)(iv), EE SHIPPING CORP. will file an Answer on or before August 8, 2023.

WHEREFORE, EE SHIPPING CORP. prays for leave to defend said Vessel, *in rem*, accordingly.

Dated this 18th day of July 2023.

                                         CHALOS & CO, P.C.

By:   */s/ Briton P. Sparkman*
       George M. Chalos
       State Bar No. 24077854
       Federal Bar No. 623727

Briton P. Sparkman
Federal Id No. 1148116
7210 Tickner Street,
Houston, Texas 77055
(T) (713) 574-9582
(F) (866) 702-4577
*Counsel for EE SHIPPING CORP*

## **VERIFICATION**

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, a notary public duly commissioned and qualified, personally came and appeared Briton P. Sparkman, who, after being duly sworn, did depose and say:

He is an attorney with the firm of Chalos & Co, P.C. and is the attorney for EE SHIPPING CORP., Owner of the M/V ELEEN EVA. He is authorized by EE SHIPPING CORP. to make this Statement of Interest on behalf of EE SHIPPING CORP. as its attorney.

He has read the above and foregoing Verified Statement of Interest and knows the contents thereof, and that the same are true and correct to the best of his knowledge, information and belief, the sources of information and grounds for belief being information contained in his file and furnished to him by his client.

CHALOS & Co, P.C.

_____
Briton P. Sparkman

SWORN TO AND SUBSCRIBED
Before me this 18th day of July 2023.

_____
Notary Public
State of Texas
My Commission Expires: 4/18/27

Leesa Emiline Crain
My Commission Expires
4/18/2027
Notary ID 10459167

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2023, the foregoing document was electronically filed with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing (ECF) system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented to accept service of this document by electronic means.

                                        /s/ *Briton P. Sparkman*
                                        Briton P. Sparkman