IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THREE FIFTY MARKETS LTD., | * | Civil Action No. 4:23-cv-02392 |
| | * | |
| *Plaintiff*, | * | Admiralty - FRCP 9(h) |
| | * | |
| v. | * | |
| | * | |
| M/V ELEEN EVA (IMO No. 9527415), *in rem*, | * | |
| | * | |
| | * | |
| *Defendant*. | * | |

**CONSENT TO RELEASE OF THE VESSEL**

As attorney-in-charge for Plaintiff Three Fifty Markets Ltd., proponent of the seizure of the M/V *Eleen Eva* (IMO No. 9527415), I represent that:

1. My client consents to the release of the vessel;

2. Counsel representing all parties consent to the release;

3. The Court has not entered an order that would prevent the release of the vessel.

Dated: July 28, 2023

[**Signature Follows**]

1

Respectfully submitted,

*/s/ David S.Toy*
David S. Toy
SBN 24048029 / SDTX ID 588699
DAVID TOY LAW FIRM
4309 Yoakum Boulevard, Suite 2050
Houston, TX 77006
Telephone: (713) 322-7911
Email: david.toy@davidtoylaw.com

and

Patrick F. Lennon, Esq. (*pro hac vice to be filed*)
Kevin J. Lennon, Esq. (*pro hac vice to be filed*)
LENNON, MURPHY & PHILLIPS, LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone: (212) 490-6050
Facsimile: (212) 490-6070
Email: pfl@lmplaw.net
Email: kjl@lmplaw.net

**Attorneys for Plaintiff,**
**Three Fifty Markets Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure via CM/ECF at the time of filing hereof on this 28th day of July, 2023.

*/s/ David S. Toy*
David S. Toy

2