United States District Court
Southern District of Texas
**ENTERED**
August 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Three Fifty Markets Ltd., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-23-2392 |
| M/V ELEEN EVA (IMO No. 9527415), | § | |
| *in rem*, | § | |
| | § | |
| Defendant. | § | |

## AMENDED ORDER

On August 4, 2023, Plaintiff, Three Fifty Markets Ltd., filed a Notice of Dismissal without Prejudice (docket no. 17) stipulating to the voluntary dismissal of this action against Defendant, M/V ELEEN EVA (IMO No. 9527415), *in rem,* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 7th day of August, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE